

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00145-CV

**INTEREST OF J.P,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00980
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on May 21, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court